```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03379
   KEVIN D WHITE
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-9404


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/14/08 and confirmed on 07/18/08.

   2.  The case was dismissed after confirmation, 11/14/2008.

   3.  The Debtor paid a total of $    893.00 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
STATE DISBURSEMENT UNIT    CHILD SUPPORT   NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
COMED                      UNSECURED       NOT FILED           .00            .00
GOOD SAMARITAN HOSPITAL    UNSECURED       NOT FILED           .00            .00
HSBC                       UNSECURED       NOT FILED           .00            .00
ILL STATE TOLL HIWAY AUT   UNSECURED       NOT FILED           .00            .00
LAKE FOREST HOSPITAL       UNSECURED       NOT FILED           .00            .00
TCF BANK                   UNSECURED       NOT FILED           .00            .00
US BANK                    UNSECURED       NOT FILED           .00            .00
SPARKLE CROSBY             CHILD SUPPORT   NOT FILED           .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00         .00         .00           .00
PRINCIPAL PAID        .00          .00         .00         .00           .00
INTEREST PAID         .00          .00         .00         .00           .00
TOTAL PAID            .00          .00         .00         .00           .00
The Debtor's attorney, MELVIN J KAPLAN               , was allowed $   3500.00
and was paid $    841.21 .

The Trustee received $    51.79 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/10/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                           PAGE  2
    CASE NO. 08 B 03379 KEVIN D WHITE
```